MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Guilherme Kraus, on behalf of himself and all others similarly situated | ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 4:25-cv-1273 |
| Enhanced Spirits LLC d/b/a Tropical Liqueurs and Billy Thompson | ) ) ) |
| Defendant(s). | ) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for __Plaintiff__ hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a. Whether it is publicly traded, and if it is, on which exchange(s):
    none

    b. Its parent companies or corporations (if none, state "none"):
    none

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
    none

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
    none

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    none

    Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

     By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s/ Meir Rubinov
Signature (Counsel for Plaintiff/Defendant)
Print Name: Meir Rubinov
Address: 68-29 Main Street
City/State/Zip: Flushing, NY 11367
Phone: (718) 640-8123

Certificate of Service

     I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: August 25, 20 25.

/s/ Meir Rubinov
Signature