UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GUILHERME KRAUS, on behalf of himself and all others similarly situated,
  Plaintiff(s),

v.   Case No. 4:25-cv-1273

ENHANCED SPIRITS LLC d/b/a TROPICAL LIQUEURS and BILLY THOMPSON,
  Defendant(s).

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now __Plaintiff Guilherme Kraus__ and notifies the court of the intent to use
(Plaintiff or Defendant)

Medley Serves & Investigations, LLC
(name and address of process server)

9234 Kingston Pike Suite 462

Knoxville, TN 37922

To serve: ENHANCED SPIRITS LLC d/b/a TROPICAL LIQUEURS and BILLY THOMSON _____ in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/25/2025                                    /s/ Meir Rubinov
  (date)                                      (attorney for Plaintiff)


                                              (attorney for Defendant)