# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| GUILHERME KRAUS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ENHANCED SPIRITS LLC<br>d/b/a TROPICAL LIQUEURS<br>and BILLY THOMPSON,<br><br>　　　　Defendants. | Case No.: 4:25-cv-1273<br><br><br>**NOTICE TO THE COURT REGARDING SERVICE OF PROCESS** |

　　　Plaintiff, Guilherme Kraus, on behalf of himself and all others similarly situated, by and through undersigned counsel, respectfully submits this Notice to inform the Court of recent developments regarding service of process in the above-captioned matter. On September 15, 2025, a proof of service was previously filed indicating that service of process had been effected upon Enhanced Spirits LLC d/b/a Tropical Liqueurs and Billy Thompson (hereinafter "Defendants").

　　　It has recently come to our attention that there may have been irregularities with respect to the original service in this and certain other cases. Out of an abundance of caution, we have retained a reputable, independent process server to re-serve Defendants in full compliance with the Federal Rules of Civil Procedure, while we investigate the circumstances surrounding the purported service.

　　　To the extent any delay in Defendants' appearance or response may be attributable to incomplete or defective service, we respectfully request that the Court excuse any such delay while proper service is effectuated. We will promptly file an updated proof of service once completed.

RESPECTFULLY SUBMITTED on this 27th day of October, 2025.

/s/ *Meir Rubinov*
Meir Rubinov, Bar #6077887NY
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: 718-640-8123
F: (718) 715-1750
E: mrubinov@consumerattorneys.com

Emanuel Kataev, Esq.
*Pro Hac Vice Motion Forthcoming*
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Guilherme Kraus and*
*all others similarly situated*