**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

GUILHERME KRAUS, on behalf of himself )
and all others similarly situated )
)
Plaintiffs, ) Case No: 4:25-cv-1273-JSD
)
vs. )
)
ENHANCED SPIRITS LLC )
d/b/a TROPICAL LIQUEURS )
and BILLY THOMPSON, )
)
Defendants. )

**ENTRY OF APPEARANCE**

COMES NOW Seth R. Feldman, as lead attorney, and HeplerBroom LLC, and hereby enters his appearance on behalf of Defendants Enhanced Spirits LLC d/b/a Tropical Liqueurs and Billy Thompson.

HEPLERBROOM LLC

By: */s/ Seth R. Feldman*

Seth R. Feldman #74050MO
Charles N. Insler #58623MO
701 Market Street, Ste. 1400
St. Louis, MO 63101
Phone: 314-241-6160
Fax: 314-241-6116
seth.feldman@heplerbroom.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on January 23, 2026, the foregoing with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to all attorneys of record.

*/s/ Seth R. Feldman*