**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GUILHERME KRAUS, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ENHANCED SPIRITS LLC d/b/a TROPICAL LIQUEURS and BILLY THOMPSON,<br><br>Defendants. | ) | Case No.: 4:25-cv-1273 |

**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant Enhanced Spirits LLC d/b/a Tropical Liqueurs hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):

**No.**

b. Its parent companies or corporations (if none, state "none"):

**None.**

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

**None.**

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

**None.**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**N/A**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

HEPLERBROOM LLC

By: */s/ Seth R. Feldman*

Seth R. Feldman #74050MO
Charles N. Insler #58623MO
701 Market Street, Ste. 1400
St. Louis, MO 63101
Phone: 314-241-6160
Fax: 314-241-6116
seth.feldman@heplerbroom.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on February 9, 2026, the foregoing with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to all attorneys of record.

*/s/ Seth R. Feldman*