UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GUILHERME KRAUS, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | No. 4:25-CV-01273-JSD |
| ENHANCED SPIRITS LLC, et al., | ) | |
| Defendant(s). | ) | |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Joseph S. Dueker to District Judge Maria A. Lanahan.

February 10, 2026
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ Kelley Shirley /
KELLEY SHIRLEY
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:25-CV-01273-MAL**